HEATHER M. LOPEZ (SBN 354022)
MICHAEL ACCIAVATTI (*pro hac vice*)
hlopez@milberg.com
macciavatti@milberg.com
**MILBERG, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90210
Tel.: +1 858 209 6941

ALBERT J. PLAWINSKI (*pro hac vice*)
albert@plawinski.law
**PLAWINSKI, PLLC**
2101 Pearl Street
Boulder, CO 80302
Tel.: +1 303 720 7095

Attorneys for Plaintiff

W. KYLE TAYMAN (*pro hac vice*
application forthcoming)
KTayman@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, DC 20036-1612
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

REBECCA L. TARNEJA (SBN 293461)
RTarneja@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GARY FEDOROFF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKET MORTGAGE, LLC, a Michigan limited liability company,<br><br>Defendant. | Case No. 3:26-cv-00702-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND CMC**<br><br>Courtroom: 8 (19TH Floor)<br>Judge: Hon. Jacqueline Scott Corley |

## STIPULATION

Pursuant to Civil L.R. 6-2 and 7-12, Defendant Rocket Mortgage, LLC ("Rocket Mortgage") and Plaintiff Gary Fedoroff ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree, subject to Court approval, as follows:

WHEREAS, on January 22, 2026, Plaintiff filed the Complaint (ECF 1);

WHEREAS, on January 26, 2026, the Court set an Initial Case Management Conference ("CMC") for April 29, 2026 (ECF 9);

WHEREAS, on January 27, 2026, Plaintiff filed a Waiver of Service of Summons (ECF 10), setting Rocket Mortgage's response to the Complaint as March 30, 2026;

WHEREAS, Rocket Mortgage, after reviewing the allegations in the Complaint and conducting an initial investigation, has determined that it will file a (i) motion to transfer venue, pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer"), including on the ground that Plaintiff's claims are subject to a mandatory forum selection provision that Rocket Mortgage contends requires this case to proceed in the Eastern District of Michigan, and (ii) motion to dismiss the Complaint ("Motion to Dismiss") (collectively, the "Motions");

WHEREAS, the Parties have conferred and agreed that, in the interest of promoting the most efficient use of the Parties' and the Court's resources, the Parties will brief and resolve Rocket Mortgage's Motion to Transfer to determine the forum in which this case will proceed before briefing the Motion to Dismiss, and have agreed to a briefing schedule for the Motions;

WHEREAS, a bifurcated briefing schedule and extension of the CMC is warranted because (i) the Motion to Transfer will determine where this case proceeds and, if granted, obviate the need for this Court to hear the Motion to Dismiss and CMC; (ii) the stipulated schedule promotes the most efficient use of the Parties' and Court's resources; (iii) the Parties mutually agree to the stipulated schedule; and (iv) this is the first extension of time requested for the Motions and CMC;

NOW, THEREFORE, the Parties hereby agree and stipulate to the following schedule for the Motions:

- **Motion to Transfer**
  - March 30, 2026: Opening Brief

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

1

- April 27, 2026: Opposition Brief
- May 18, 2026: Reply Brief

- **Motion to Dismiss**

  - Rocket Mortgage need not respond to the Complaint while its Motion to Transfer is pending.
  - If the Motion to Transfer is denied, (i) the opening brief will be due 30 days after the order on the Motion to Transfer, (ii) the opposition brief will be due 30 days after the opening brief is due, and (iii) the reply brief will be due 21 days after the opposition brief is due. If any of the deadlines in this paragraph fall on a weekend or Court holiday, that deadline will be extended to the next Court day. Further, the Parties will reserve a hearing date based on their mutual availability.
  - If the Motion to Transfer is granted, the Parties will meet and confer to discuss the briefing schedule after transfer to the Eastern District of Michigan.

The Parties further agree and stipulate that, subject to Court approval, the CMC shall be vacated and reset by the Court after the Motions are resolved.

IT IS SO STIPULATED.

Dated: February 27, 2026

By: */s/ Rebecca L. Tarneja*

REBECCA L. TARNEJA (SBN 293461)
W. KYLE TAYMAN (*pro hac vice* application forthcoming)
*RTarneja@goodwinlaw.com*
*KTayman@goodwinlaw.com*

**GOODWIN PROCTER LLP**

Attorneys for Defendant

Dated: February 27, 2026

*/s/ Michael Acciavatti*

HEATHER M. LOPEZ (SBN 354022)
MICHAEL ACCIAVATTI (*pro hac vice*)
*hlopez@milberg.com*
*macciavatti@milberg.com*

**MILBERG, PLLC**

ALBERT J. PLAWINSKI (*pro hac vice*)
*albert@plawinski.law*

**PLAWINSKI, PLLC**

Attorneys for Plaintiff

## **ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), that I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Rebecca L. Tarneja*
REBECCA L. TARNEJA

## STIPULATION ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2026    _____

HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

W. KYLE TAYMAN (*pro hac vice* application forthcoming)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, DC 20036-1612
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

REBECCA L. TARNEJA (SBN 293461)
*RTarneja@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
ROCKET MORTGAGE, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY FEDOROFF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKET MORTGAGE, LLC, a Michigan limited liability company,<br><br>Defendant. | Case No. 3:26-cv-00702-JSC<br><br>**DECLARATION OF REBECCA L. TARNEJA IN SUPPORT OF JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND CMC**<br><br>Courtroom: 8 (19TH Floor)<br>Judge: Hon. Jacqueline Scott Corley |

# DECLARATION OF REBECCA L. TARNEJA

I, Rebecca L. Tarneja, declare as follows:

1. I am a member in good standing of the Bar of the State of California and authorized to practice before this Court. I am counsel at the law firm of Goodwin Procter LLP, attorneys for Defendant Rocket Mortgage, LLC ("Rocket Mortgage") in the above-captioned action. I submit this declaration in support of Rocket Mortgage and Plaintiff Gary Fedoroff's ("Plaintiff" and together with Rocket Mortgage, the "Parties") joint stipulation regarding the (1) briefing schedule for Rocket Mortgage's motion to transfer venue, pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer"), and motion to dismiss the Complaint ("Motion to Dismiss") (collectively, the "Motions"); and (2) Initial Case Management Conference ("CMC"), which is currently set for April 29, 2026. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2. Rocket Mortgage, after reviewing the allegations in the Complaint and conducting an initial investigation, has determined that it will file a (i) Motion to Transfer, including on the ground that Plaintiff's claims are subject to a mandatory forum selection provision that Rocket Mortgage contends requires this case to proceed in the Eastern District of Michigan, and (ii) Motion to Dismiss.

3. The Parties have conferred and agreed that, in the interest of promoting the most efficient use of the Parties' and the Court's resources, the Parties will, subject to Court approval, brief and resolve Rocket Mortgage's Motion to Transfer to determine the forum in which this case will proceed before briefing the Motion to Dismiss. The Parties have stipulated to a briefing schedule for the Motions, as well as an extension for the CMC.

4. A bifurcated briefing schedule and extension of the CMC is warranted because (i) the Motion to Transfer will determine where this case proceeds and, if granted, obviate the need for this Court to hear the Motion to Dismiss and CMC; (ii) the stipulated schedule promotes the most efficient use of the Parties' and Court's resources; (iii) the Parties mutually agree to the stipulated schedule; and (iv) this is the first extension of time requested for the Motions and CMC.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

5. Accordingly, the Parties agree, subject to Court approval, that Rocket Mortgage's opening brief for its Motion to Transfer will be due March 30, 2026, Plaintiff's opposition brief will be due on April 27, 2026, and Rocket Mortgage's reply brief will be due on May 18, 2026.

6. The Parties further agree that Rocket Mortgage need not respond to the Complaint while its Motion to Transfer is pending, and agree to the following briefing schedule for its Motion to Dismiss:

   a. If the Motion to Transfer is denied, (i) the opening brief will be due 30 days after the order on the Motion to Transfer, (ii) the opposition brief will be due 30 days after the opening brief is due, and (iii) the reply brief will be due 21 days after the opposition brief is due. If any of the deadlines in this paragraph fall on a weekend or Court holiday, that deadline will be extended to the next Court day. Further, the Parties will reserve a hearing date based on their mutual availability.

   b. If the Motion to Transfer is granted, the Parties will meet and confer to discuss the briefing schedule after transfer to the Eastern District of Michigan.

7. The Parties further agree that the CMC shall be vacated and reset by the Court after the Motions are resolved.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 27, 2026 in Los Angeles, California.

*/s/ Rebecca L. Tarneja*
REBECCA L. TARNEJA

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

DECLARATION OF REBECCA L. TARNEJA ISO
STIPULATION RE: BRIEFING SCHEDULE & CMC

CASE NO. 3:26-cv-00702-JSC